**Dismiss and Opinion Filed May 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00147-CV

### EX PARTE SENRICK WILKERSON

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X13-1007-N**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

This is an appeal from the trial court's August 29, 2013 order denying appellant's petition for expunction. Because nothing in our records reflects any of the post-judgment documents listed in Texas Rule of Appellate Procedure 26.1(a) were filed in this appeal, the notice of appeal was due no later than September 30, 2013 or, with a timely extension motion, no later than October 15, 2013. *See* TEX. R. APP. P. 26.1, 26.3. Appellant filed his notice of appeal on February 5, 2014, over 100 days late.

Because the timely filing of an appeal is jurisdictional, we directed appellant to file a letter brief explaining how this Court had jurisdiction over the appeal. *See id.* 25.1(b); *Garza v. Hibernia Nat. Bank*, 227 S.W.3d 233, 233 (Tex. App.-–Houston [1st Dist.] 2007, no pet.). He responded, in part, by filing a letter "swear[ing] he filed a timely appeal." The Dallas County District Clerk has informed us, however, that the file does not reflect that and contains only a

November 8, 2013 motion for rehearing. This is consistent with a separate filing by appellant on February 3, 2014. In that filing, appellant requests the trial court grant him leave to proceed with an out of time appeal.

With no timely filed notice of appeal, we have no jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

140147F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE SENRICK WILKERSON,

No. 05-14-00147-CV

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. X13-1007-N.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee The State of Texas recover its costs, if any, of this appeal from appellant Senrick Wilkerson.

Judgment entered May 23, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE